```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | |
| | : |
| vs. | : CRIMINAL NO. 1:CR-00-46-01 |
| | : |
| R. STEVEN STACKPOLE. | |
| Defendant | : |

## O R D E R

AND NOW, this 8th day of November, 2004, upon consideration of the Defendant's motion under 28 U.S.C. § 2255, it is ordered that:

1. The Clerk of Court shall serve a copy of the motion on the United States Attorney.

2. Within twenty days of the date of this order, the government shall file a response showing why the relief requested in Defendant's motion should not be granted.

3. The Defendant shall thereafter have ten days from the date of receipt of the government's response to file a reply brief.

/s/William W. Caldwell
William W. Caldwell
United States District Judge