# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | **Acknowledgment of Service on The United States Attorney** |
| V. | 1:CR-00-0046-001<br>William W. Caldwell |
| R. Steven Stackpole | |

     Pursuant to the Nineteenth Amended Designation for Service of Process and Federal Rule of Civil Procedure 4(I), I ☑ Patricia Wiscount; ❏ Naomi Losch; ❏ Phyllis Mitchell; ❏ Mark Morrison; acknowledge receipt of the following documents:

Motion to Vacate

_11/9/04_
November 8, 2004

_[signature]_
Signature

I Ann Severino-Michael certify that I served the above listed documents on the signed recipient on November 8, 2004.