IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
     Plaintiff
                                   :

     vs.  :  CRIMINAL NO. 1:CR-00-46-01
                                   :

R. STEVEN STACKPOLE.
     Defendant  :

O R D E R

AND NOW, this 2nd day of December, 2004, it is ordered that:

    1.  The government shall have fifteen days from the date of this order to file an opposition brief to Defendant Stackpole's motion (doc. 244) to amend his 2255 motion.

    2.  Defendant shall have ten days to file a reply brief.

    3.  The Clerk of Court shall send Defendant a copy of the government's response (doc. 242) to the 2255 motion, and Defendant shall have ten days from the date of this order to file a reply brief to that response.[1]

                           /s/William W. Caldwell
                           William W. Caldwell
                           United States District Judge

---

[1] Based on Defendant's motion to amend, he never received the copy of the response the government sent him.