OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

February 11, 2005

Mary E. D'Andrea, Clerk
Untied States District Court
P.O. Box 983
Harrisburg, PA 17108-0983

                Re:  USA v. Stackpole
                      (M.D. Pa. No. 04-cv-01953)

Dear Ms. D'Andrea:

      Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached Request for a Certificate of Appealability which should be construed as a notice of appeal and was apparently filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  The notice was postmarked February 8, 2005.

      This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

      Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

      Once the appeal has been transmitted to the Court of Appeals, the document will be docketed as a request for a certificate of appealability in this Court.

      Thank you for your assistance in this matter.

                          Very truly yours,
                          Marcia M. Waldron, Clerk
                  By:  /s/ Patricia S. Dodszuweit
                          Legal Coordinator

Enclosure
cc:  R. Steven Stackpole (w/out enclosure)
     Kim Douglas Daniel, AUSA (w/out enclosure)