CPS-256                                                                                          May 26, 2005

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-1461**

UNITED STATES OF AMERICA
vs.
R. STEVEN STACKPOLE, Appellant

(M.D. PA. CRIM. NO. 00-CR-00046)
CRIMINAL TREATED AS CIVIL

Present:    ALITO, MCKEE AND AMBRO, <u>CIRCUIT</u> <u>JUDGES</u>

Submitted is Appellant's application for a certificate of appealability
under 28 U.S.C. § 2253(c)(1)
in the above-captioned case.

Respectfully,

Clerk

MMW/JDM

_____ORDER_____

The foregoing request for a certificate of appealability is denied, as Appellant has failed to make a "substantial showing of the denial of a constitutional right" for essentially the reasons stated in the District Court's January 19, 2005, Memorandum & Order. See 28 U.S.C. § 2253(c)(2); <u>Miller-el v. Cockrell</u>, 537 U.S. 322, 327 (2003). As to Appellant's challenge to his sentence based upon <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004), we note that this Court has held that the new rule announced in <u>United States v. Booker</u>, 125 S. Ct. 738 (2005), which applied the <u>Blakely</u> rule to the Federal Sentencing Guidelines, is not retroactively applicable to cases on collateral review. See <u>Lloyd v. United States</u>, – F.3d –, 2005 WL 1155220 (3d Cir. May 17, 2005). Accordingly, the District Court properly denied relief on Appellant's <u>Blakely</u>/<u>Booker</u> claim.

By the Court,

/s/ Theodore A. McKee
Circuit Judge

Dated: August 2, 2005
tyw/cc: Mr. R. Steven Stackpole
        Kim D. Daniel, Esq.



A True Copy:

Marcia M. Waldron, Clerk